IN THE UNITED STATES DISTRICT COURT OF DELAWARE

ANTHONY PORTERFIELD,  :  CIVIL ACTION
    Plaintiff  :
                                                         :  No.  07-147-
v.  :
                                                         :
CORRECTIONAL MEDICAL  :
SERVICES (CMS), et al.,  :
    Defendants  :  JURY TRIAL DEMANDED

FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Anthony Porterfield, declare that I am the Plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full filing fee to file this action or give security therefor. I understand that the granting of in forma pauperis status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

    1.   I am not presently employed by the prison where I am housed.

    2.   I have no other income.

    3.   My last place of employment was August 4, 1999 where I worked as a Front Packer for the Food Center making $250.00 a month.

    4.   I presently have $3.86 in my prison account.

    5.   I do not have a bank account or interest in any valuable

property.

6. I have receive no money other than a $100.00 gift from a friend in the past 12 months.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Date: 8 March 2007

*Anthony Porterfield* /s/
Anthony Porterfield
AM-5025
SCI-Retreat
660 State Route 11
Hunlock Creek, P.A.  18621-3136

# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __Anthony Porterfield__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __8 March 2007__

__Anthony Porterfield__
Signature of Prisoner