IN THE UNITED STATES DISTRICT COURT OF DELAWARE

ANTHONY PORTERFIELD,  :  CIVIL ACTION
    Plaintiff  :
  :  No. **07-147-**
v.  :
  :
CORRECTIONAL MEDICAL  :
SERVICES (CMS), et al.,  :
    Defendants  :  JURY TRIAL DEMANDED

**FILED**
**MAR 13 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR APPOINTMENT OF COUNSEL
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

    Plaintiff, Anthony Porterfield, pursuant to § 1915, humbly moves this Honorable Court to appoint counsel to represent him in this case for the following reasons:

    1.  Plaintiff is unable to afford counsel.

    2.  The issues involved in this case are complex.

    3.  Plaintiff is currently imprisoned in another state.

    4.  It is impossible for Plaintiff to properly investigate and talk to possible expert witnesses.

    5.  Plaintiff has extremely limited knowledge of the law.

Respectfully Submitted,

Date: 8 March 2007

*Anthony Porterfield*
Anthony Porterfield
AM-5025
SCI-Retreat
660 State Route 11
Hunlock Creek, P.A.  18621-3136