IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-147-SLR |
| ) | |
| C.O. JOHN DOE, DEPUTY WARDEN ) | |
| BURRIS, WARDEN CARROLL, ) | |
| MICHAEL MCGREANOR, ) | |
| LISE MERSON, DEBORAH ) | |
| RODWELLER, JOHN RUNDLE, ) | |
| LEE ANNE DUNN, OSHENKA ) | |
| GORDEN, BRENDA HEDDINGER, ) | |
| DR. ROGERS, DR. DURST, ) | |
| DIRECTOR OF NURSING GAIL ) | |
| ELLER, REGISTERED NURSE ) | |
| MEGGETT, CHRISTINE DOE, ) | |
| JOHN DOE 2, and CORRECTIONAL ) | |
| MEDICAL SERVICES, ) | |
| ) | |
| Defendants. ) | |

**FILING FEE ORDER**

1. The plaintiff Anthony Porterfield, SBI #AM-5025, a pro se litigant who is presently incarcerated in Pennsylvania, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee.

2. Consistent with 28 U.S.C. § 1915(a)(1), the plaintiff submitted an affidavit stating that he has no assets with which to prepay the filing fee. Based on the plaintiff's affidavit, his request to proceed in forma pauperis is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $350.00. In order to determine the schedule

of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a **certified copy** of his **trust fund account statement** (memorandum or institutional equivalent, with attachments) <u>**showing all deposits, expenditures and balances**</u> during the six-month period, immediately preceding the filing of the complaint, **obtained from the appropriate official at the institution at which the plaintiff is confined. FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

    4. Unless the Court determines from the plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to be paid before the court reviews the complaint. **NOTWITHSTANDING ANY PAYMENT MADE, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

    5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed <u>in forma pauperis</u> in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of

serious physical injury.

DATED: 3/26/07                            _____
                                              United States District Judge