FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 APR -6 PM 3:45

07cv147sLR

AM-5025
PORTERFIELD, ANTHONY

## CERTIFICATION

I hereby certify that the petitioner herein has the sum of $ -10.24   on account to his credit at the State Correctional Institution at Retreat where he is confined.

I further certify that petitioner likewise has the following securities to his credit according to the records of the State Correctional Institution at Retreat:
         None
_____

_____


_____
JOSEPH G. GAYDOS-Business Manager
Authorized Prison Official


DATE: April 3, 2007

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN     IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE    4/03/2007
REMOTE PRINT TIME 11:03              FROM ACTIVE FILE             PAGE          2

   INMATE     NAME
   NUMBER     LAST                 FIRST           MI
   AM5025     PORTERFIELD          ANTHONY

BATCH       DATE                                      TRANSACTION   BALANCE AFTER
  #      MO DY YEAR    TRANSACTION DESCRIPTION          AMOUNT       TRANSACTION

3717    04-03-2007  37  POSTAGE
                                                         -4.05          -8.41
3717    04-03-2007  37  POSTAGE
                                                         -1.83         -10.24

                    BALANCE AFTER THESE TRANSACTIONS------>           -10.24
```



Certified [signature] BUS. 4/3/07

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING             DATE  4/03/2007
REMOTE PRINT TIME 11:03              FROM ACTIVE FILE                 PAGE         1

    INMATE      NAME
    NUMBER      LAST                FIRST            MI        STARTING BALANCE
    AM5025      PORTERFIELD         ANTHONY                           .07

 BATCH     DATE                                        TRANSACTION  BALANCE AFTER
   #    MO DY YEAR      TRANSACTION DESCRIPTION          AMOUNT      TRANSACTION

 9004   01-04-2007  10  INMATE EMPLOYMENT
                        GRA PAYROLL 2006 - 12 GRP 4        5.76          5.83
    0   01-05-2007  82  TRANSFER OUT
                        GRATERFORD
    0   01-08-2007  81  TRANSFER IN
                        RETREAT
 9022   01-22-2007  10  INMATE EMPLOYMENT
                        RET PAYROLL 2006 - 12 GRP 3        5.04         10.87
 8030   01-30-2007  32  RET COMMISSARY
                        FOR  1/30/2007                    -2.72          8.15
 3655   01-31-2007  13  PERSONAL GIFT FROM
                        JOYCE WARNER                      20.00         28.15
 8036   02-05-2007  32  RET COMMISSARY
                        FOR  2/05/2007                   -27.01          1.14
 8036   02-05-2007  32  RET COMMISSARY
                        FOR  2/05/2007                     -.99           .15
 9047   02-16-2007  10  INMATE EMPLOYMENT
                        RET PAYROLL 2007 - 01 GRP 3       15.12         15.27
 8051   02-20-2007  32  RET COMMISSARY
                        FOR  2/20/2007                    -9.01          6.26
 8057   02-26-2007  32  RET COMMISSARY
                        FOR  2/26/2007                    -3.61          2.65
 3676   03-01-2007  13  PERSONAL GIFT FROM
                        JOYCE WARNER                      20.00         22.65
 8064   03-05-2007  32  RET COMMISSARY
                        FOR  3/05/2007                   -21.74           .91
 9075   03-16-2007  10  INMATE EMPLOYMENT
                        RET PAYROLL 2007 - 02 GRP 3        5.04          5.95
 9075   03-16-2007  10  INMATE EMPLOYMENT
                        RET PAYROLL 2007 - 02 GRP 3        9.12         15.07
 8078   03-19-2007  32  RET COMMISSARY
                        FOR  3/19/2007                     -.14         14.93
 8085   03-26-2007  32  RET COMMISSARY
                        FOR  3/26/2007                   -12.84          2.09
 8085   03-26-2007  32  RET COMMISSARY
                        FOR  3/26/2007                     -.72          1.37
 3715   04-02-2007  37  POSTAGE
                                                          -1.39          -.02
 3715   04-02-2007  37  POSTAGE
                                                          -1.15         -1.17
 8092   04-02-2007  32  RET COMMISSARY
                        FOR  4/02/2007                    -1.36         -2.53
 3717   04-03-2007  37  POSTAGE
                                                          -1.83         -4.36
```

CERTIFIED (signature) 4/3/07

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING             DATE   4/03/2007
REMOTE PRINT TIME 11:03               FROM PURGE FILE                  PAGE         1

     INMATE    NAME
     NUMBER    LAST              FIRST            MI          STARTING BALANCE
     AM5025    PORTERFIELD       ANTHONY                                    .00

 BATCH     DATE                                        TRANSACTION   BALANCE AFTER
   #    MO DY YEAR     TRANSACTION DESCRIPTION            AMOUNT      TRANSACTION

    0   10-18-2006  00  OPEN NEW ACCOUNT
                    80  GRATERFORD
 5454   10-19-2006  37  POSTAGE
                                                           -13.98         -13.98
 5585   11-01-2006  13  PERSONAL GIFT FROM
                        JOYCE WARNER                        20.00           6.02
 8313   11-09-2006  32  GRA COMMISSARY
                        FOR 11/09/2006                      -5.68            .34
 9355   12-21-2006  10  INMATE EMPLOYMENT
                        GRA PAYROLL 2006 - 11 GRP 4          2.16           2.50
 8363   12-29-2006  32  GRA COMMISSARY
                        FOR 12/29/2006                      -2.43            .07

                        BALANCE AFTER THESE TRANSACTIONS------>             .07
```

CERTIFIED [signature] BUS MGR 4/3/07

Name: Anthony Porterfield
Number: AWL-5025
660 State Route 11
Hunlock Creek, PA 18621-3136
INMATE MAIL
PA DEPT. OF CORRECTIONS

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 APR -6  PM 3:45

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3

UNITED STATES POSTAGE
02 1A
0004323132
MAILED FROM ZIP CODE 18621
APR 04 2007
$00.39