IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL MEDICAL )<br>SERVICES, INC., ET AL., )<br>)<br>Defendants. )<br>)<br> )<br>)<br>)<br>)<br>)<br>) | Civil Action No.  07-147 SLR<br><br>TRIAL BY JURY DEMANDED |

**ENTRY OF APPEARANCE**

TO:   CLERK OF THE COURT

Kindly enter my appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., in the above-captioned matter.

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN

          BY: */s/ Kevin J.Connors*
          KEVIN J. CONNORS, ESQ.
          DE Bar ID: 2135
          1220 North Market Street, 5th Fl.
          P.O. Box 8888
          Wilmington, DE 19899-8888
          Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC.

Date: April 18, 2007
\15_A\LIAB\KJCONNORS\LLPG\421943\VLLUCAS\13252\15000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A.. No. 07-147 SLR |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, INC.,  ET AL. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I, KEVIN J. CONNORS, hereby certify an that Entry of Appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., has been served on April 18, 2007 via electronic filing upon all counsel of record and upon Plaintiff via U.S. Mail at the address listed below:

Anthony Porterfield
AM-5025
SCI – Retreat
660 State Route 11
Hunlock Creek, PA 18621-3136

                            MARSHALL, DENNEHEY, WARNER,
                            COLEMAN & GOGGIN

                            BY: */s/ Kevin J. Connors*
                            KEVIN J. CONNORS, ESQ.
                            DE Bar ID: 2135
                            1220 North Market Street, 5th Fl.
                            P.O. Box 8888
                            Wilmington, DE 19899-8888
                            Attorney for Defendant, CORRECTIONAL MEDICAL
                            SERVICES, INC., (incorrectly designated as "Correctional
                            Medical Systems")

Dated: April 18, 2007
\15_A\LIAB\KJCONNORS\LLPG\421944\VLLUCAS\13252\15000