IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTHONY PORTERFIELD,           )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civ. No. 07-147-SLR
                               )
C.O. JOHN DOE, DEPUTY WARDEN   )
BURRIS, WARDEN CARROLL,        )
MICHAEL MCGREANOR,             )
LISE MERSON, DEBORAH           )
RODWELLER, JOHN RUNDLE,        )
LEE ANNE DUNN, OSHENKA         )
GORDEN, BRENDA HEDDINGER,      )
DR. ROGERS, DR. DURST,         )
DIRECTOR OF NURSING GAIL       )
ELLER, REGISTERED NURSE        )
MEGGETT, CHRISTINE DOE,        )
JOHN DOE 2, and CORRECTIONAL   )
MEDICAL SERVICES,              )
                               )
          Defendants.          )

FILED

APR 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## AUTHORIZATION

I, Anthony Porterfield, SBI #AM-5025, request and authorize the agency holding

me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C.

§ 1915(b) and required by the Court's order dated _April 11_____, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing

of a civil action, and I understand that the filing fee for the complaint is $350.00. I also

understand that the entire filing fee may be deducted from my trust account regardless

of the outcome of my civil action. This authorization shall apply to any other agency

into whose custody I may be transferred.

Date: April 16 _____, 2007.

Anthony Parterfield
Signature of Plaintiff

Name Anthony Porterfield

Number LM-5025

INMATE MAIL
PA DEPT. OF CORRECTIONS
660 State Route 11
Hunlock Creek, PA 18621-3136

13801435570-99 C012

Office of the Clerk
United States District Court
844 N. King street Lockbox 18
Wilmington, Delaware 19801-3570