IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD<br>    Plaintiff<br>    vs.<br>CORRECTIONAL MEDICAL SERVICES (CMS);<br>DR. DALE RODGERS; DR. DURST; GAIL ELLER;<br>NURSE MEGGETT; CORRECTIONAL OFFICER<br>KNEUPP; NURSE CHRISTINE ROE, individually and<br>as employees and agents for the Correctional Medical<br>Services<br>    Defendants | : JURY TRIAL<br>: DEMAND<br>:<br>:<br>:<br>:<br>: C.A. #1:07-CV-00147 SLR<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

I, Edward J. Fornias, III, Esquire, a member of the Delaware bar, hereby moves the admission *pro hac vice* of:

Michael Pileggi, Esquire
437 Chestnut Street, Suite 905
Philadelphia, PA 19106

to represent Anthony Porterfield in this action. Movant verifies that movant finds the applicant to be a reputable and competent attorney, and movant is in a position to recommend the applicant's admission. The applicant is admitted, practicing, and in good standing in Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit.

Dated: 5/29/07

/s/   *Edward J. Fornias, III*
EDWARD J. FORNIAS, III   (3833)
ROEBERG, MOORE & FRIEDMAN, P.A.
910 Gilpin Avenue
Wilmington, DE 19806
(302) 658-8700

IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD : | |
|     Plaintiff : | JURY TRIAL |
| vs. : | DEMAND |
| CORRECTIONAL MEDICAL SERVICES (CMS); : | |
| DR. DALE RODGERS; DR. DURST; GAIL ELLER; : | |
| NURSE MEGGETT; CORRECTIONAL OFFICER : | |
| KNEUPP; NURSE CHRISTINE ROE, individually and : | |
| as employees and agents for the Correctional Medical : | C.A. #1:07-CV-00147 SLR |
| Services : | |
|     Defendants : | |

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

I hereby certify that: I agree to be bound by the Delaware Lawyers' Rules of Professional Conduct. All attorneys of in my firm who directly or indirectly provide services to the party or cause at issue shall be bound by all Rules of the Court. I have appeared in no actions in courts of record of Delaware in the preceding twelve months. I do not maintain an office in the State of Delaware. I am a member in good standing of the bar of the Commonwealth of Pennsylvania, the United Sates District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit. I have not been disbarred or suspended and am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

I am admitted to the bar for the practice of law in the following states or other jurisdictions: Pennsylvania. I submit to the jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I am generally familiar with the Local Rules of this Court.

/s/  Micheal Pileggi
**MICHAEL PILEGGI**
437 Chestnut Street, Suite 905
Philadelphia, PA 19106
P: 215-627-8516
F: 215-627-5105
E-mail: Pil423@aol.com

IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD : <br>     Plaintiff :   JURY TRIAL <br>     vs. :   DEMAND <br> CORRECTIONAL MEDICAL SERVICES (CMS); : <br> DR. DALE RODGERS; DR. DURST; GAIL ELLER; : <br> NURSE MEGGETT; CORRECTIONAL OFFICER : <br> KNEUPP; NURSE CHRISTINE ROE, individually and : <br> as employees and agents for the Correctional Medical :   C.A. #1:07-CV-00147 SLR <br> Services : <br>     Defendants : | |

### ORDER

The foregoing application for admission to practice in this action *pro hac vice* of Michael Pileggi, Esquire is hereby granted.

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
Judge

## CERTIFICATION OF SERVICE

I, Edward J. Fornias, III, Esquire, do hereby certify that I caused a true and correct copy of the Motion and Order for Admission Pro Hac Vice to be served upon counsel by First Class Mail, postage prepaid, on the date set forth below, to the following:

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman
    & Goggin
1220 N. Market Street, Suite 500
PO Box 8888
Wilmington, DE  19899

Dated: 5/29/07

/s/    Edward J. Fornias, III
**EDWARD J. FORNIAS, III**    (3833)
ROEBERG, MOORE & FRIEDMAN, P.A.
910 Gilpin Avenue
Wilmington, DE 19806
(302) 658-8700