IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD<br>　　　　Plaintiff<br>　　vs.<br>CORRECTIONAL MEDICAL SERVICES (CMS);<br>DR. DALE RODGERS; DR. DURST; GAIL ELLER;<br>NURSE MEGGETT; CORRECTIONAL OFFICER<br>KNEUPP; NURSE CHRISTINE ROE, individually and<br>as employees and agents for the Correctional Medical<br>Services<br>　　　　Defendants | : JURY TRIAL<br>: DEMAND<br>:<br>:<br>:<br>:<br>: C.A. #1:07-CV-00147 SLR<br>:<br>: |

## STIPULATION

IT IS HEREBY STIPULATED and agreed to by the Parties that Plaintiff, Anthony Porterfield, shall be given leave of Court to file an amended complaint.


___/s/___ Edward J. Fornias, III_____
**EDWARD J. FORNIAS, III**
ROEBERG, MOORE & FRIEDMAN, P.A.
910 Gilpin Avenue
Wilmington, DE 19806
302-658-8700
Attorney for Plaintiff



___/s/ Kevin Conners_____
**KEVIN CONNERS, ESQUIRE**
MARSHALL DENNEHEY COLEMAN
WARNER & GOGGIN
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899
Attorney for Defendant

Date:__6/8/07___