# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF RECORDS DEPOSITION DUCES TECUM

TO:
Michael Pileggi, Esquire             Edward J. Fornias, III, Esquire
437 Chestnut Street, Suite 905       Roeberg, Moore & Friedman, P.A.
Philadelphia, PA 19106               910 Gilpin Avenue
                                     Wilmington, DE 19806

     PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the Record Custodian of RICHARD P. DuSHUTTLE, M. D., 640 South Queen Street, Dover, DE 19904 on November 9, 2007 at 10:00 a.m., in the offices Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

     **DUCES TECUM:** Your entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports.

     **NOTE: Personal appearance is waived if a complete copy of any and all records and/or writings are received in our office prior to the date of the deposition.**

                                     MARSHALL, DENNEHEY, WARNER,
                                     COLEMAN & GOGGIN
                                     BY:   */s/ Kevin J. Connors*
                                     KEVIN J. CONNORS, ESQUIRE
                                     1220 North Market St., 5th Floor
                                     P.O. Box 8888
                                     Wilmington, DE 19899-8888
                                     Attorney for Defendant, CMS

Dated: October 26, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES (CMS), et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF RECORDS DEPOSITION DUCES TECUM**

TO:
Michael Pileggi, Esquire
437 Chestnut Street, Suite 905
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire
Roeberg, Moore & Friedman, P.A.
910 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the Record Custodian of KENT GENERAL HOSPITAL, 640 South State Street, Dover, DE 19901 on November 9, 2007 at 10:00 a.m., in the offices Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

**DUCES TECUM:** Your entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports.

**NOTE: Personal appearance is waived if a complete copy of any and all records and/or writings are received in our office prior to the date of the deposition.**

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
> BY: */s/ Kevin J. Connors*
> KEVIN J. CONNORS, ESQUIRE
> 1220 North Market St., 5th Floor
> P.O. Box 8888
> Wilmington, DE 19899-8888
> Attorney for Defendant, CMS

Dated: October 26, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF RECORDS DEPOSITION DUCES TECUM**

TO:
Michael Pileggi, Esquire
437 Chestnut Street, Suite 905
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire
Roeberg, Moore & Friedman, P.A.
910 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the Record Custodian of MID-DELAWARE IMAGING, 710 South Queen Street, Dover, DE 19904 on November 9, 2007 at 10:00 a.m., in the offices Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

**DUCES TECUM:** Your entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports.

**NOTE: Personal appearance is waived if a complete copy of any and all records and/or writings are received in our office prior to the date of the deposition.**

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE
1220 North Market St., 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CMS

Dated: October 26, 2007
13252-00187 15/546891.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, KEVIN J. CONNORS, hereby certify that the NOTICE OF RECORDS DEPOSITION DUCES TECUM OF RICHARD P. DUSHUTTLE, M.D., KENT GENERAL HOSPITAL AND MID-DELAWARE IMAGING have been served on October 26, 2007 via electronic filing and U. S. mail upon all counsel of record listed below:

Michael Pileggi, Esquire  
437 Chestnut Street, Suite 905  
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire  
Roeberg, Moore & Friedman, P.A.  
910 Gilpin Avenue  
Wilmington, DE 19806

    MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*  
KEVIN J. CONNORS, ESQ.  
DE Bar ID: 2135  
1220 North Market Street, 5th Fl.  
P.O. Box 8888  
Wilmington, DE 19899-8888  
Attorney for Defendant,  
Correctional Medical Services, Inc.

Dated: October 26, 2007  
13252-00187 15/547016.v1