## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that INTERROGATORIES OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., DIRECTED TO PLAINTIFF and REQUEST FOR PRODUCTION OF DOCUMENTS - I OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., DIRECTED TO PLAINTIFF have been served on October 26, 2007 via electronic filing and U. S. mail upon all counsel of record listed below:

Michael Pileggi, Esquire
437 Chestnut Street, Suite 905
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire
Roeberg, Moore & Friedman, P.A.
910 Gilpin Avenue
Wilmington, DE 19806

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Correctional Medical Services, Inc.

Dated: October 26, 2007
15/538402.v1