IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-147-SLR |
| | ) |
| DR. DURST, GAIL ELLER, NURSE MEGGETT, CORRECTIONAL MEDICAL SERVICES, DR. DALE RODGERS, CORRECTIONAL OFFICER KNEUPP, and NURSE CHRISTINE ROE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 2nd day of November, 2007,

IT IS ORDERED that, on or before **December 3, 2007**, plaintiff shall show cause why defendants Dr. Durst, Gail Eller, Nurse Meggett, Dr. Dale Rodgers, Correctional Officer Kneupp, and Nurse Christine Roe should not be dismissed from the above captioned case for failure to timely serve process on said defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS FROM THIS ACTION.

                                    _____
                                    United States District Judge