**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

**RE-NOTICE OF RECORDS DEPOSITION DUCES TECUM**

TO:

Michael Pileggi, Esquire                    Edward J. Fornias, III, Esquire
437 Chestnut Street, Suite 905              Roeberg, Moore & Friedman, P.A.
Philadelphia, PA 19106                      910 Gilpin Avenue
                                            Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the Record Custodian of RICHARD P. DuSHUTTLE, M. D.,240 Beiser Blvd., Suite 101, Dover, DE 19904 on November 9, 2007 at 10:00 a.m., in the offices Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

**DUCES TECUM:** Your entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports.

<u>**NOTE**</u>: **Personal appearance is waived if a complete copy of any and all records and/or writings are received in our office prior to the date of the deposition.**

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
BY:    */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE
1220 North Market St., 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CMS

Dated: November 2, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF RECORDS DEPOSITION DUCES TECUM

TO:

Michael Pileggi, Esquire
437 Chestnut Street, Suite 905
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire
Roeberg, Moore & Friedman, P.A.
910 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the Record Custodian of KENT GENERAL HOSPITAL, 640 South State Street, Dover, DE 19901 on November 9, 2007 at 10:00 a.m., in the offices Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

**DUCES TECUM:** Your entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports.

**NOTE:** Personal appearance is waived if a complete copy of any and all records and/or writings are received in our office prior to the date of the deposition.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
BY:  _/s/ Kevin J. Connors_
KEVIN J. CONNORS, ESQUIRE
1220 North Market St., 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CMS

Dated: October 26, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

<u>**NOTICE OF RECORDS DEPOSITION DUCES TECUM**</u>

TO:

Michael Pileggi, Esquire
437 Chestnut Street, Suite 905
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire
Roeberg, Moore & Friedman, P.A.
910 Gilpin Avenue
Wilmington, DE 19806

　　　　PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the Record Custodian of MID-DELAWARE IMAGING, 710 South Queen Street, Dover, DE 19904 on November 9, 2007 at 10:00 a.m., in the offices Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

**DUCES TECUM:** Your entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports.

　　　　<u>**NOTE:**</u> **Personal appearance is waived if a complete copy of any and all records and/or writings are received in our office prior to the date of the deposition.**

　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　COLEMAN & GOGGIN
　　　　　　　　BY:　*/s/ Kevin J. Connors*
　　　　　　　　KEVIN J. CONNORS, ESQUIRE
　　　　　　　　1220 North Market St., 5th Floor
　　　　　　　　P.O. Box 8888
　　　　　　　　Wilmington, DE 19899-8888
　　　　　　　　Attorney for Defendant, CMS

Dated:  October 26, 2007
13252-00187 15/546891.v1