# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| Plaintiff, | : | |
| v. | : | |
| CORRECTIONAL MEDICAL SERVICES (CMS), et al., | : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

TO:    **RICHARD P. DuSHUTTLE, M.D., 240 Beiser Blvd., Suite 101, Dover, DE 19904**

☐ **YOU ARE COMMANDED** to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case

| PLACE OF DEPOSITION Marshall, Dennehey, Warner, Coleman & Goggin, 1220 North Market Street, 5th Floor, Wilmington, DE 19801 | DATE AND TIME November 9, 2007 10:00 a.m. |
|---|---|

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents objects at the place, date, and time specified below (list documents or objects):  The deponent is to bring with him/her the entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports.  **\*\*SEE ATTACHED NOTICE OF RECORDS DEPOSITION**

**HIPAA Compliance Certification**:  This subpoena is issued in connection with a judicial proceeding instituted by the patient for personal injuries. It is the minimum necessary to accomplish the intended purpose. Pursuant to 45 CFR § 164.512 (e)(1)(ii)(A), the signature below certifies the patient has notice of this subpoena including sufficient information about the litigation in which the information is requested to permit him/her to raise an objection to the Court.  It further certifies the time for the individual to raise an objection has elapsed and no objections were filed.

| PLACE  **Marshall Dennehey Warner  Coleman & Goggin**  **1220 Market Street, Ste. 500, P.O. Box 8888**  **Wilmington, DE  19899** | DATE AND TIME  **\*\* Personal appearance is waived if the records are produced prior to the date and time listed.**  NOTICE: Failure to provide the information ordered in this subpoena or to file a Motion to Quash with the Court  in lieu thereof subjects the recipient to a Motion for Contempt of Court and sanctions. |
|---|---|

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30(b)(6)*.

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER  Kevin J. Connors, Esquire  Marshall Dennehey Warner Coleman & Goggin  P -- 302-552-4302;  F – 302-651-7905 | 1220 Market Street, 5th Floor  PO Box 8888  Wilmington, DE  19899  Attorney for Defendant,. CMS  **DATE November 1, 2007** |
|---|---|

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| Plaintiff, | : | |
| v. | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

TO: KENT GENERAL HOSPITAL, 640 South State Street, DE 19901

☐ **YOU ARE COMMANDED** to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Marshall, Dennehey, Warner, Coleman & Goggin, 1220 North Market Street, 5th Floor, Wilmington, DE 19801 | November 9, 2007 At 10:00 a.m. |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents objects at the place, date, and time specified below (list documents or objects): The deponent is to bring with him/her the entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, reports, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports. **\*\*SEE ATTACHED NOTICE OF RECORDS DEPOSITION**

**HIPAA Compliance Certification**: This subpoena is issued in connection with a judicial proceeding instituted by the patient for personal injuries. It is the minimum necessary to accomplish the intended purpose. Pursuant to 45 CFR § 164.512 (e)(1)(ii)(A), the signature below certifies the patient has notice of this subpoena including sufficient information about the litigation in which the information is requested to permit him/her to raise an objection to the Court. It further certifies the time for the individual to raise an objection has elapsed and no objections were filed.

| PLACE | DATE AND TIME |
|---|---|
| **Marshall Dennehey Warner Coleman & Goggin** <br> **1220 Market Street, Ste. 500, P.O. Box 8888** <br> **Wilmington, DE 19899** | **\*\* Personal appearance is waived if the records are produced prior to the date and time listed.** <br> NOTICE: Failure to provide the information ordered in this subpoena or to file a Motion to Quash with the Court in lieu thereof subjects the recipient to a Motion for Contempt of Court and sanctions. |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30(b)(6)*.

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER | |
|---|---|
| Kevin J. Connors, Esquire <br> Marshall Dennehey Warner Coleman & Goggin <br> P -- 302-552-4302; F – 302-651-7905 | 1220 Market Street, 5th Floor <br> PO Box 8888 <br> Wilmington, DE 19899 <br> **Attorney for Defendant, CMS** <br> **DATE October 26 2007** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| Plaintiff, | : | |
| v. | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

TO:  MID-DELAWARE IMAGING, 710 South Queen Street, Dover, DE 19904

☐ **YOU ARE COMMANDED** to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Marshall, Dennehey, Warner, Coleman & Goggin, 1220 North Market Street, 5th Floor, Wilmington, DE 19801 | November 9, 2007 At 10:00 a.m. |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents objects at the place, date, and time specified below (list documents or objects):  The deponent is to bring with him/her the entire file pertaining to ANTHONY PORTERFIELD, including, but not limited to patient information sheets, all office records, doctors' and/or nurses' notes, x-ray and/or imaging reports, x-rays and/or imaging studies, reports, diagnostic testing results, physical therapy notes, hospitalization records, consultation reports, surgery reports, and insurance reports. **SEE ATTACHED NOTICE OF RECORDS DEPOSITION

**HIPAA Compliance Certification**:  This subpoena is issued in connection with a judicial proceeding instituted by the patient for personal injuries. It is the minimum necessary to accomplish the intended purpose. Pursuant to 45 CFR § 164.512 (e)(1)(ii)(A), the signature below certifies the patient has notice of this subpoena including sufficient information about the litigation in which the information is requested to permit him/her to raise an objection to the Court.  It further certifies the time for the individual to raise an objection has elapsed and no objections were filed.

| PLACE | DATE AND TIME |
|---|---|
| **Marshall Dennehey Warner Coleman & Goggin** <br> **1220 Market Street, Ste. 500, P.O. Box 8888** <br> **Wilmington, DE  19899** | ** Personal appearance is waived if the records are produced prior to the date and time listed. <br> NOTICE:  Failure to provide the information ordered in this subpoena or to file a Motion to Quash with the Court in lieu thereof subjects the recipient to a Motion for Contempt of Court and sanctions. |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30(b)(6).*

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER | |
|---|---|
| Kevin J. Connors, Esquire <br> Marshall Dennehey Warner Coleman & Goggin <br> P -- 302-552-4302;   F – 302-651-7905 | 1220 Market Street, 5th Floor <br> PO Box 8888, Wilmington, DE  19899 <br> Attorney for Defendant, CMS <br>  **DATE October 26, 2007** <br> . |

15/546912.v1