IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFILED : <br>     Plaintiff : <br>    vs. : <br> CORRECTIONAL MEDICAL SERVICES (CMS); : <br> DR. DALE RODGERS; DR. DURST; GAIL ELLER; : <br> NURSE MEGGETT; CORRECTIONAL OFFICER : <br> KNEUPP; NURSE CHRISTINE ROE, individually and : <br> as employees and agents for the Correctional Medical : <br> Services : <br>     Defendants : | : C.A. #07- 147 - SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that two copies of this Notice and two copies of **Plaintiff's Interrogatories Directed to Defendant Correctional Medical Services** were served by U.S. First Class Mail on November 16, 2007, to:

Kevin Conners, Esquire
Marshall Dennehey Coleman Warner & Goggin
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888

                                            s/s EDWARD J. FORNIAS, III
                                            **EDWARD J. FORNIAS, III**
                                            ROEBERG, MOORE & FRIEDMAN, P.A.
                                            910 Gilpin Avenue
                                            Wilmington, DE 19806
DATE: November 16, 2007             Attorney for Plaintiff