IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFILED :<br>    Plaintiff :<br>    vs. :<br>CORRECTIONAL MEDICAL SERVICES (CMS); :<br>DR. DALE RODGERS; DR. DURST; GAIL ELLER; :<br>NURSE MEGGETT; CORRECTIONAL OFFICER :<br>KNEUPP; NURSE CHRISTINE ROE, individually and :<br>as employees and agents for the Correctional Medical :  C.A. #07- 147 - SLR<br>Services :<br>    Defendants : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that two copies of this Notice and two copies of **Request For Production of Documents** were served by U.S. First Class Mail on November 16, 2007, to:

Kevin Conners, Esquire
Marshall Dennehey Coleman Warner & Goggin
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888

                      s/s EDWARD J. FORNIAS, III
                      **EDWARD J. FORNIAS, III**
                      ROEBERG, MOORE & FRIEDMAN, P.A.
                      910 Gilpin Avenue
                      Wilmington, DE 19806
DATE: November 16, 2007        Attorney for Plaintiff