IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | C.A. No.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

**PROPOSED SCHEDULING ORDER**

At Wilmington this _____ day of _____ 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by December 31, 2007 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.** All discovery shall be commenced in time to be completed by June 30, 2008. Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by April 25, 2008. Rebuttal expert reports due by May 30, 2008.

(a) Discovery Disputes. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.      **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before December 31, 2007.

4.      **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to a Magistrate Judge for the purposes of exploring ADR.

5.      **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before _____ 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6.      **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7.      **Motions in Limine.** All motions in limine shall be filed on or before _____. All responses to said motions shall be filed on or before _____.

8.      **Pretrial Conference.** A pretrial conference will be held on _____ at 9:30 a.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.      **Trial**. This matter is scheduled for a _____ jury trial commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of _____ hours in which to present their respective cases.

_____
United States District Judge

15/557505.v1

<u>**CERTIFICATION OF SERVICE**</u>

      I hereby certify that on November 30, 2007, I electronically filed the SCHEDULING ORDER with the Clerk of Court using CM/ECF.

| | |
|---|---|
| Michael Pileggi, Esquire | Edward J. Fornias, III, Esquire |
| 437 Chestnut Street, Suite 905 | Roeberg, Moore & Friedman, P.A. |
| Philadelphia, PA 19106 | 910 Gilpin Avenue |
| | Wilmington, DE 19806 |

                              MARSHALL, DENNEHEY, WARNER,
                              COLEMAN AND GOGGIN

                    BY:    /s/ Kevin J. Connors
                              KEVIN J. CONNORS, ESQUIRE (DE ID # 2135)
                              1220 N. Market Street, 5th Floor
                              P.O. Box 130
                              Wilmington, DE  19899-0130
                              (302) 552-4302
                              Attorney for Defendant, Correctional Medical Services, Inc.

DATED: November 30, 2007
15/558184.v1