IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFILED : <br> Plaintiff : <br> vs. : <br> CORRECTIONAL MEDICAL SERVICES (CMS); : <br> DR. DALE RODGERS; DR. DURST; GAIL ELLER; : <br> NURSE MEGGETT; CORRECTIONAL OFFICER : <br> KNEUPP; NURSE CHRISTINE ROE, individually and : <br> as employees and agents for the Correctional Medical : <br> Services : <br> Defendants : | C.A. #07- 147 - SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that two copies of this Notice and two copies of **Plaintiff's Responses to Defendant's Interrogatories** were served by U.S. First Class Mail on November 28, 2007, to:

Kevin Conners, Esquire
Marshall Dennehey Coleman Warner & Goggin
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888

                                                                                               s/s EDWARD J. FORNIAS, III
                                                                                                **EDWARD J. FORNIAS, III**
                                                                                                ROEBERG, MOORE & FRIEDMAN, P.A.
                                                                                                910 Gilpin Avenue
                                                                                                Wilmington, DE 19806

DATE: November 28, 2007                    Attorney for Plaintiff