IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFILED,<br><br>  Plaintiff,<br><br>vs.<br><br>CORRECTIONAL MEDICAL SERVICES (CMS); DR. DALE RODGERS; DR. DURST; GAIL ELLER; NURSE MEGGETT; CORRECTIONAL OFFICER KNEUPP; NURSE CHRISTINE ROE, individually and as employees and agents for the Correctional Medical Services,<br><br>  Defendants. | : SUMMONS IN A CIVIL CASE<br><br>:<br>:<br>:<br>: C.A. # 07-cv-147<br>:<br>:<br>:<br>: |

TO:  Dr. Durst
     1181 Paddock Road
     Smyrna, DE 19977

YOU ARE HEREEBY SUMMONED and require to serve on Plaintiff's **Edward J. Fornias, III, Esquire**, Plaintiffs attorney, whose address is **910 Gilpin Avenue Wilmington, DE 19806.**

An answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             11/21/07
_____                    _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 28, 2007 at 2:10 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Jeremy McEntire for Dr. Durst (as a person of suitable age and discretion then employed therein who acknowledged that he was authorized to accept service of process for the named defendant)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  n/a | SERVICES  $45.00 | TOTAL  $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 28, 2007
                    Date

*Signature of Server* [signature]

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.