IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD : | |
|     Plaintiff : | JURY TRIAL |
| vs. : | DEMAND |
| CORRECTIONAL MEDICAL SERVICES (CMS); : | |
| DR. DALE RODGERS; DR. DURST; GAIL ELLER; : | |
| NURSE MEGGETT; CORRECTIONAL OFFICER : | |
| KNEUPP; NURSE CHRISTINE ROE, individually and : | |
|     as employees and agents for the Correctional Medical: | C.A. #1:07-CV- |
| | 00147 SLR |
| Services : | |
|     Defendants : | |

**MOTION TO EXTEND THE TIME TO MAKE SERVICE ON DEFENDANTS**

Plaintiff, Anthony Porterfield, by and through undersigned counsel hereby moves this Honorable Court to extend the time by which Plaintiff has to make service on certain Defendants. In support thereof, Plaintiff alleges as follows:

1. Plaintiff filed a *pro se* Complaint on March 13, 2007. Subsequent to the filing of the Complaint, Plaintiff retained counsel. Plaintiff's counsel desired to file an Amended Complaint. The Amended Complaint was not directed at several Defendants that Plaintiff sued in the *pro se* Complaint.

2. The Defendants sued in the Amended Complaint were: Dr. Durst, Gail Eller, Nurse Meggett, Dr. Dale Rodgers, Correctional Officer Kneupp and Nurse Christine Roe in addition to Correctional Medical Services. Service of the Amended Complaint was made on Correctional Medical Services by serving its attorney.

3. Recently, Dr. Durst and Dr. Dale Rodgers were served with a copy of the Amended Complaint and a Summons.

4. Plaintiff has limited contact with his counsel because of his incarceration. Plaintiff's counsel has been unable to obtain sufficient information from Plaintiff to effectuate service. Specifically, the undersigned alleges:

    a. Correctional Officer Kneup's full legal name is still unknown

    b. Christine Roe's full legal name is still unknown

    c. Nurse Meggett's full legal name is still unknown

    d. The undersigned recently learned that Gail Eller no longer works for Correctional Medical Services

5. Plaintiff believes that discovery must be done to uncover the true identities of the Defendants sued initially by the Plaintiff in the *pro se* Complaint. Counsel has also retained the services of an investigator to aid in the process of locating these Defendants.

6. Counsel believes that he has an address for Gail Eller at which she may be served with the Amended Complaint. Counsel has undertaken steps to ensure that service will be made at that address.

7. The Court's Order on November 2, 2007 directed Plaintiff to show cause why said Defendants should not be dismissed from the action. Plaintiff believes that for the reasons stated above good cause has been shown as to why these Defendants have not been served. Along with this Motion, Counsel has filed six Summons which were returned by Plaintiff's process server.

8.  Plaintiff respectfully requests that this Honorable Court grant this Motion and permit the Plaintiff an extension of time in which to serve the Defendants.

Dated: 12/3/07

/s/ *Edward J. Fornias, III*
**EDWARD J. FORNIAS, III (3833)**
ROEBERG, MOORE & FRIEDMAN, P.A.
910 Gilpin Avenue
Wilmington, DE 19806
(302) 658-8700

IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD : | |
| Plaintiff : | JURY TRIAL |
| vs. : | DEMAND |
| CORRECTIONAL MEDICAL SERVICES (CMS); : | |
| DR. DALE RODGERS; DR. DURST; GAIL ELLER; : | |
| NURSE MEGGETT; CORRECTIONAL OFFICER : | |
| KNEUPP; NURSE CHRISTINE ROE, individually and : | |
| as employees and agents for the Correctional Medical : | C.A. #1:07-CV-00147 SLR |
| Services : | |
| Defendants : | |

## ORDER

After review of Plaintiff's Motion to Extend the time to Make Service on the Defendants and any response thereto, it is hereby Ordered that said Motion is Granted and Plaintiff shall have until _____ to make service on the Defendants.

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATION OF SERVICE

I, Edward J. Fornias, III, Esquire, do hereby certify that I caused a true and correct copy of the Plaintiff's Motion to Extend the time to Make Service on the Defendants to be served upon counsel by First Class Mail, postage prepaid, on the date set forth below, to the following:

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman
    & Goggin
1220 N. Market Street, Suite 500
PO Box 8888
Wilmington, DE 19899

Dated: 12/3/07

    *s/s Edward J. Fornias, III*
**EDWARD J. FORNIAS, III**    (3833)
ROEBERG, MOORE & FRIEDMAN, P.A.
910 Gilpin Avenue
Wilmington, DE 19806
(302) 658-8700