IN THE UNITED STATES DISTRICT
COURT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD : | |
| Plaintiff : | JURY TRIAL |
| vs. : | DEMAND |
| CORRECTIONAL MEDICAL SERVICES (CMS); : | |
| DR. DALE RODGERS; DR. DURST; GAIL ELLER; : | |
| NURSE MEGGETT; CORRECTIONAL OFFICER : | |
| KNEUPP; NURSE CHRISTINE ROE, individually and : | |
| as employees and agents for the Correctional Medical : | C.A. #1:07-CV-00147 SLR |
| Services : | |
| Defendants : | |

## ORDER

After review of Plaintiff's Motion to Extend the time to Make Service on the

Defendants and any response thereto, it is hereby Ordered that said Motion is Granted

and Plaintiff shall have until _April 4, 2008_ to make service on the Defendants.

IT IS SO ORDERED this _4th_ day of _December_, 2007.

_____
United States District Judge