# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | C.A. No.: 07-147-SLR |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| CORRECTIONAL MEDICAL SERVICES (CMS), et al., | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that the RESPONSES OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS has been served on December 17, 2007 via U.S. Mail upon all counsel of record listed below:

Michael Pileggi, Esquire
437 Chestnut Street, Suite 905
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire
Roeberg, Moore & Friedman, P.A.
910 Gilpin Avenue
Wilmington, DE 19806

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: /s/ Kevin J. Connors
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Correctional Medical Services, Inc.

Dated: December 17, 2007
15/564005.v1