IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that the NOTICE OF RECORDS DEPOSITION DUCES TECUM OF THOMAS P. BARNETT, M.D. AND CHRISTIANA CARE IMAGING, have been served on January 3, 2008 via U. S. mail upon all counsel of record listed below:

Michael Pileggi, Esquire
437 Chestnut Street, Suite 905
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire
Roeberg, Moore & Friedman, P.A.
910 Gilpin Avenue
Wilmington, DE 19806

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Correctional Medical Services, Inc.

Dated: January 3, 2008
15/547016.v1