# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | C.A. No.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

TO:   CLERK OF COURT

    Kindly enter my appearance on behalf of defendants, Dr. Durst and Dr. Dale Rodgers, in the above-captioned matter.

                              MARSHALL, DENNEHEY, WARNER,
                              COLEMAN & GOGGIN

                              BY: */s/ Kevin J. Connors*
                              KEVIN J. CONNORS, ESQ.
                              DE Bar ID: 2135
                              1220 North Market Street, 5th Fl.
                              P.O. Box 8888
                              Wilmington, DE 19899-8888
                              Attorney for Defendants,
                              Dr. Durst and Dr. Dale Rodgers

Dated: January 16, 2008

13252-00187  15/573256.v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | C.A. No.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES (CMS), et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, KEVIN J. CONNORS, hereby certify that the foregoing Entry of Appearance on behalf of Defendants, Dr. Durst and Dr. Dale Rodgers, was served upon all counsel of record listed below via electronic filing:

Michael Pileggi, Esquire  
437 Chestnut Street, Suite 905  
Philadelphia, PA 19106

Edward J. Fornias, III, Esquire  
Roeberg, Moore & Friedman, P.A.  
910 Gilpin Avenue  
Wilmington, DE 19806

MARSHALL, DENNEHEY, WARNER,  
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*  
KEVIN J. CONNORS, ESQ.  
DE Bar ID: 2135  
1220 North Market Street, 5th Fl.  
P.O. Box 8888  
Wilmington, DE 19899-8888  
Attorney for Defendants,  
Dr. Durst and Dr. Dale Rodgers

Dated: January 16, 2008

13252-00187 15/573259.v1