IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY PORTERFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. DURST, GAIL ELLER, NURSE MEGGETT, CORRECTIONAL MEDICAL SERVICES, DR. DALE RODGERS, CORRECTIONAL OFFICER KNEUPP, and NURSE CHRISTINE ROE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-147-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 25th day of April, 2008,

IT IS ORDERED that defendants Gail Eller, Nurse Meggett, Correctional Officer Kneupp, and Nurse Christine Roe are dismissed from the above captioned case because of the plaintiff's failure to timely serve process on said defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter.

                                                      _/s/_____
                                                      United States District Judge