IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL SERVICES INC. (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

### MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC. ("CMS"), DR. DALE RODGERS AND DR. DURST, FOR LEAVE TO DEPOSE PLAINTIFF

Defendants, Correctional Medical Services, Inc. ("CMS"), Dr. Dale Rodgers and Dr. Durst, by and through their undersigned counsel, hereby move his Honorable court to enter an Order, substantially in the form attached hereto, granting the Motion of Defendants, CMS, Dr. Dale Rodgers and Dr. Durst, for leave to depose Plaintiff, Anthony Porterfield, and, in support thereof, state as follows:

1. Plaintiff, Anthony Porterfield is an inmate presently incarcerated at the SCI-Retreat in Hunlock Creek, Pennsylvania.

2. Counsel for the Moving Defendants wish to depose Plaintiff, Anthony Porterfield as part of discovery in this case.

3. Federal Rule of Civil Procedure 30(a) requires leave of the Court to depose an incarcerated individual.

4. A form of Order that grants the Defendants' counsel the right to depose Plaintiff, Anthony Porterfield is attached to this Motion.

WHEREFORE, Defendants, Correctional Medical Services, Inc., Dr. Dale Rodgers and Dr. Durst, respectfully request this Honorable Court to enter an Order, substantially in the form attached hereto, granting the Motion for Leave to Depose Plaintiff, Anthony Porterfield.

        MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, Correctional Medical Services Inc., Dr. Dale Rodgers and Dr. Durst

Dated: June 30, 2008

15/638902.v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL SERVICES INC. (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon the Motion For Leave To Depose Plaintiff, Anthony Porterfield, of Defendants, Correctional Medical Services, Inc., Dr. Dale Rodgers and Dr. Durst:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**

2. Defendants, Correctional Medical Services, Inc., Dr. Dale Rodgers and Dr. Durst, are granted leave to depose the Plaintiff in this matter.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson,
United States District Court Judge

15/638912.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL SERVICES INC. (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

### 7.1.1 CERTIFICATE OF COUNSEL

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that he has contacted counsel of record for the Plaintiff several times regarding the Motion for Leave to Depose Plaintiff, but that Plaintiff's counsel has not responded.

                    MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN

                    BY: */s/ Kevin J. Connors*
                    KEVIN J. CONNORS, ESQ.
                    DE Bar ID: 2135
                    1220 North Market Street, 5th Fl.
                    P.O. Box 8888
                    Wilmington, DE 19899-8888
                    Attorney for Defendants, Correctional Medical Services, Inc., Dr. Dale Rodgers and Dr. Durst

Dated: June 30, 2008

15/638916.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL SERVICES INC. (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on June 30, 2008, I electronically filed Motion of Defendants, Correctional Medical Services, Inc. (CMS), Dr. Dale Rodgers and Dr. Durst, for Leave to Depose Plaintiff with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Edward J. Fornias, III, Esquire.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, Correctional Medical Services, Inc. Dr. Dale Rodgers and Dr. Durst

Date: June 30, 2008

15/638922.v1