## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL SERVICES INC. (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

### AMENDED 7.1.1 CERTIFICATE OF COUNSEL

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that he has contacted Edward J. Fornias, III, Esquire, counsel for Plaintiff regarding the Motion for Leave to Depose Plaintiff, and that Plaintiff's counsel has no opposition to Defendants' Motion for Leave to Depose Plaintiff.

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
>
> BY: */s/ Kevin J. Connors*
> KEVIN J. CONNORS, ESQ.
> DE Bar ID: 2135
> 1220 North Market Street, 5th Fl.
> P.O. Box 8888
> Wilmington, DE 19899-8888
> Attorney for Defendants, Correctional Medical Services, Inc., Dr. Dale Rodgers and Dr. Durst

Dated: July 2, 2008

15/640513.v1