**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | C.A. No.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

# EXHIBITS A, B, C, D, E, F, G, H, I, J, K, L, O, P, FILED UNDER SEAL TO MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC., DR. DALE RODGERS AND DR. DURST, IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

15/652462.v1