IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL SERVICES INC. (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

**MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC., DR. DALE RODGERS AND DR. DURST, FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' <u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendants, Correctional Medical Services, Inc. ("CMS"), Dr. Dale Rodgers and Dr. Durst, through their undersigned counsel, hereby move this Honorable Court to enter the attached Order, granting them an extension of time until September 16, 2008 in which to file a Reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment, and, in support thereof, avers as follows:

1. On July 31, 2008, defendants, CMS, Dr. Dale Rodgers and Dr. Durst filed a Motion for Summary Judgment and Memorandum of Points and Authorities in Support of their Motion for Summary Judgment.  D.I. 48, 49, and 50.

2. On August 19, 2008, plaintiff filed his Answering Brief in Opposition to Defendants' Motion for Summary Judgment.  D.I. 51.

3. Because of the nature of the allegations in plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment, and the attachments thereto, the undersigned defense counsel requires additional time in order to respond.  There is no objection to this Motion by plaintiff.

WHEREFORE, Defendants, Correctional Medical Services, Inc., Dr. Dale Rodgers and Dr. Durst, respectfully request that this Court grant the Defendants' Motion and enter the attached Order, granting them an extension of time until September 16, 2008 in which to file their Reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment.

                        MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN

BY: __*/s/ Kevin J. Connors*__
     Kevin J. Connors, Esquire – I.D. # 2135
     1220 N. Market Street, 5th Floor
     P.O. Box 8888
     Wilmington, DE  19899
     (302) 552-4302
     Attorney for Defendants,
    Correctional Medical Services, Inc.,
     Dr. Dale Rodgers and Dr. Durst

DATED:  September 2, 2008
15/666294.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL SERVICES INC. (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

**<u>Statement Pursuant to Local Rule 7.1.1</u>**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that he has contacted Edward J. Fornias, III, Esquire, counsel for Plaintiff regarding the Motion for an Extension of Time to Respond to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment, and that Plaintiff's counsel has no opposition to Defendants' Motion for Extension of Time to File Reply Brief.

                              MARSHALL, DENNEHEY, WARNER,
                              COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, Correctional Medical Services, Inc., Dr. Dale Rodgers and Dr. Durst

Dated: September 2, 2008

15/666334.v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PORTERFIELD, | : | CIVIL ACTION NO.: 07-147-SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CORRECTIONAL MEDICAL SERVICES INC. (CMS), et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this_____ day of September, 2008, it is hereby Ordered that the Motion of Defendants, Correctional Medical Services, Inc., Dr. Dale Rodgers and Dr. Durst, for Extension of Time to File Reply Brief is GRANTED. Defendants shall file their Reply Brief on or before Tuesday, September 16, 2008.

_____

J.

15/666301.v1